

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SOUTHWEST CONVENIENCE STORES, LLC, D/B/A 7-ELEVEN #655, ALON USA, LP, DELEK US HOLDINGS, INC. D/B/A DELEK US, AND JORGE MEZA | § | No. 08-21-00055-CV |
| | § | Appeal from the |
| | § | 327th Judicial District Court |
| Appellants, | | |
| | § | of El Paso County, Texas |
| v. | | |
| | § | (TC# 2019DCV1975) |
| REMIN IGLESIAS ON BEHALF OF THE ESTATE OF ARBIN IGLESIAS, DECEASED, CARLOS ROLANDO IGLESIAS CANO AND BLANCA MANUELA HOLGUIN GOMEZ, INDIVIDUALLY AND AS WRONGFUL DEATH BENEFICIARIES OF ARBIN IGLESIAS, | | |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF NOVEMBER, 2022.

ROY B. FERGUSON, Judge

Before Rodriguez, C.J., and Alley, J., and Ferguson, Judge
Ferguson, Judge, sitting by assignment